# ENQUIST *v.* DIDDEN.

This case is governed by the opinion in *Enquist* v. *Didden*, ante, 179.

No. 2549. Submitted November 4, 1913. Decided December 1, 1913.

HEARING on an appeal by the defendant from a judgment of the Supreme Court of the District of Columbia entered upon motion by the plaintiffs for want of a sufficient affidavit of defense, in an action to recover rent alleged to be due and owing under a lease of premises occupied by defendant. *Affirmed.*

*Mr. Andrew Wilson* and *Mr. James P. Schick* for the appellant.

*Mr. Joseph I. Weller* and *Mr. Alexander Wolf* for the appellees.

Mr. Justice ROBB delivered the opinion of the Court:

This case differs from the preceding one only in the fact that another instalment of rent is here sought to be recovered. For the reasons stated in the opinion in the preceding case, the judgment is affirmed, with costs. *Affirmed.*